John T. McMichael, Plaintiff in Error, vs. Simon Hexter and Jacob Kohn, partners doing business under the firm name of Hexter & Kohn, Defendants in Error.

Writ of error to Circuit Court, Pasco county; Barron Phillips, Judge.

Henderson & Raney and E. P. Allen, for Plaintiff in Error.

No appearance for Defendants in Error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs, and the defendant takes writ of error.

Writ of error dismissed for failure to prosecute.

---

John T. McMichael, Plaintiff in Error, vs. Jacob Jackson and Millard Jackson, partners doing business under

the firm name of Jacob Jackson & Son, Defendants in Error.

Writ of error to Circuit Court, Pasco county; Barron Phillips, Judge.

Henderson & Raney and E. P. Allen, for Plaintiff in Error.

No appearance for Defendants in Error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs, and the defendant takes writ of error.

Writ of error dismissed for failure to prosecute.